ALBERT HURL, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Hurl* v. *N. Y. C. & H. R. R. R. Co.*, 78 App. Div. 630, affirmed.
(Argued June 7, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 31, 1902, affirming a judgment in favor of plaintiff entered upon a verdict.

*Leroy B. Williams* for appellant.

*William S. Jenney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: BARTLETT, MARTIN, VANN and WERNER, JJ. Dissenting: PARKER, Ch. J., and CULLEN, J. Absent: HAIGHT, J.

---

WILLIAM H. SLADE, Appellant, *v.* GERTRUDE A. HALE, Individually and as Executrix of EDWARD C. HALE, Deceased, Respondent.

*Slade* v. *Hale*, 84 App. Div. 633, affirmed.
(Argued June 7, 1904; decided August 5, 1904.)

APPEAL from a judgment, entered June 17, 1903, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which affirmed an interlocutory judgment of Special Term sustaining demurrers to the complaint.

*Edmund P. Cottle* and *O. O. Cottle* for appellant.

*Helen Z. M. Rodgers* and *Adolph Rebadow* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J.; BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.